# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR104 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| EUSEBIO HERNANDEZ-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Jennifer L. Gilg, Assistance Federal Public Defender, to withdraw as counsel for the defendant, Eusebio Hernandez-Ramirez [17]. Since retained counsel, Bassel F. El-Kasaby has entered an appearance for the defendant [15], the motion to withdraw [17] is granted. Jennifer L. Gilg shall be deemed withdrawn as attorney of record and shall forthwith provide Bassel F. El-Kasaby with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gilg which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge